# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: ALEJANDRO H. PATLAN (CONVERTED TO CH 7) & AMANDA R. PATLAN   Case Number: 06-70279
2812 GARFIELD   SSN-xxx-xx-1170 & xxx-xx-6726
ROCKFORD, IL  61101

Case filed on: 3/2/2006
Plan Confirmed on: 6/9/2006

C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $3,792.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 141.75 | 141.75 | 141.75 | 0.00 |
| | Total Administration | 141.75 | 141.75 | 141.75 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 2,200.00 | 2,200.00 | 1,904.21 | 0.00 |
| | Total Legal | 2,200.00 | 2,200.00 | 1,904.21 | 0.00 |
| 999 | ALEJANDRO H. PATLAN (CONVERTED TO CH 7) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | HERITAGE FEDERAL CREDIT UNION | 9,872.43 | 4,500.00 | 1,257.47 | 282.53 |
| 003 | JAMES B NUTTER & COMPANY | 90,291.64 | 0.00 | 0.00 | 0.00 |
| | Total Secured | 100,164.07 | 4,500.00 | 1,257.47 | 282.53 |
| 001 | CITIZENS AUTOMOTIVE FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | HERITAGE FEDERAL CREDIT UNION | 0.00 | 5,372.43 | 0.00 | 0.00 |
| 004 | BECKET & LEE, LLP | 11,676.56 | 11,676.56 | 0.00 | 0.00 |
| 005 | ATTORNEY TERRY HOSS & | 157.92 | 157.92 | 0.00 | 0.00 |
| 006 | BENEFICIAL ILLINOIS INC | 1,304.72 | 1,304.72 | 0.00 | 0.00 |
| 007 | COMMONWEALTH EDISON COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CORNERSTONE CLINIC | 618.50 | 618.50 | 0.00 | 0.00 |
| 009 | DISH NETWORK | 524.51 | 524.51 | 0.00 | 0.00 |
| 010 | ECAST SETTLEMENT CORPORATION | 10,398.80 | 10,398.80 | 0.00 | 0.00 |
| 011 | ECAST SETTLEMENT CORPORATION | 800.57 | 800.57 | 0.00 | 0.00 |
| 012 | IGNACIO U. OMENGAN, MD | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | NICOR GAS | 694.99 | 694.99 | 0.00 | 0.00 |
| 015 | ROCK RIVER WATER RECLAMATION | 353.85 | 353.85 | 0.00 | 0.00 |
| | Total Unsecured | 26,530.42 | 31,902.85 | 0.00 | 0.00 |
| | Grand Total: | 129,036.24 | 38,744.60 | 3,303.43 | 282.53 |

Total Paid Claimant:   $3,585.96
Trustee Allowance:     $206.04
Percent Paid Unsecured:   0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

 /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 01/29/2008         By   /s/Heather M. Fagan